**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Magistrate Judge Noel |
| Plaintiff, | ) | **Courtroom 9W** |
| | ) | Case No: CR 10-34-02 PJS/JJK |
| v. | ) | Date: March 5, 2010 |
| | ) | Court Reporter: |
| **Nicholas Ryan Delon Smith** | ) | Tape Number: |
| | ) | Time Commenced: 3:15 p.m. |
| Defendant. | ) | Time Concluded: 3:25 |
| | | Time in Court: 10 Minutes |

APPEARANCES:

Plaintiff:  David J. MacLaughlin
Defendant: Brian Toder
☐ FPD   ☐ CJA   ☐ Retained   ☒ Appointed

Interpreter / Language:   n/a
Date Charges Filed:  2/10/10        Offense:  mortgage fraud
☒ Charges read into record   ☐ Waived Reading of Charges   ☒ Advised of Rights

on   ☒ Indictment  ☐ Information  ☐ Complaint   Violation of  ☐ Pre-trial Release  ☐ Supervised Release

☐ **Charges from other District**

☐ Government moves for detention.
Motion is ☐ granted, temporary detention ordered  ☐ denied  ☐ moot, defendant serving sentence.

☒ **Bond set in the amount of $25,000 unsecured with conditions, see Order Setting Conditions of Release.**

Next appearance date is        **May 3, 2010**    at **9:00 a.m.**    before U.S. Magistrate Judge Keyes  for:

☐ detention hrg      ☒ Motions hearing       ☐ arraignment      ☐ removal hrg      ☐ preliminary revocation

☐ Detention hearing waived       ☐ Detention hearing waived       ☐ Removal hearing waived

☒ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information: Government moved to unseal the indictment- granted.  Also government moved to unseal CR 08-361, 08-MJ-92, and 10-MJ-47, and to quash the warrant on indictment - granted.  Mr. MacLaughlin directed to contact Clerk's Office and inform them of this information.

  s/*Cathy Orlando*
Judicial Assistant