**U.S. Department of Justice**

United States Attorney
District of Minnesota

600 United States Courthouse       (612)664-5600
300 South Fourth Street
Minneapolis, MN 55415
www.usdoj.gov/usao/mn

April 5, 2010

The Honorable Jeffrey J. Keyes
United States Magistrate Judge
316 N. Robert Street, Suite 646
St. Paul, MN 55101

    Re:  United States v. Gerald Greenfield and Nicholas Smith
          Criminal No. 10-34 (PJS/JJK)

Dear Magistrate Judge Keyes:

    I write to inform the Court that the government and Mr. Greenfield (through attorney Ron Meshbesher) and the government and Mr. Smith (through attorney Brian Toder) have resolved this case through plea negotiation.

    Thus, I do not anticipate that the parties will be filing motions.

    Very truly yours,

    B. TODD JONES
    United States Attorney

    BY: DAVID J. MacLAUGHLIN
    Assistant U.S. Attorney
    Attorney I.D. No. 211849

DJM:rmh

cc:  Ron Meshbesher, Esq.
      Brian N. Toder, Esq.